**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**SEALED APPELLANT 1,
Defendant–Appellant.**

No. 05–10149.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided March 22, 2006.

Before REAVLEY, HIGGINBOTHAM
and CLEMENT, Circuit Judges.

PER CURIAM: *

We are in receipt of the district court's March 20, 2006 order, wherein it notifies this court that (1) Appellant wishes to waive any benefit she received from this court's March 3, 2006 ruling, and (2) that it has found by a preponderance of the evidence that Appellant has recovered from her mental illness and defect to such an extent that her conditional release under the regimen of care and treatment prescribed would no longer create a substantial risk of bodily injury to another person, or serious damage to property of another. Given this notification there is nothing for this court to resolve and this case is closed.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.